IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CHARLES E. VANCE, DEBTOR        CASE NO.: 09-14743

## RESPONSE TO MOTION TO ABANDON COLLATERAL AND LIFT STAY

COMES NOW, the debtor and files this his Response tot he Motion to Abandon Collateral and Lift Stay filed by Green Tree Servicing, LLC (hereinafter referred to as "Green Tree"), and responds by like numbered paragraphs as follows:

1. Admitted.

2. Admitted that collateral for the indebtedness is a 1996 Gateway Homes Manufactured Home, but all other allegations of this paragraph are denied.

3. Admitted that Debtor did fall behind in his plan payments, but all other allegations in this paragraph are denied.

Debtor further denies the unnumbered paragraph beginning "WHEREFORE, PREMISES CONSIDERED.

WHEREFORE, debtor prays that on this Motion coming on to be heard the Motion be denied. Debtor prays for such other relief as he may be entitled in the premises.

This the 23rd day of September, 2011

/s/ A.E. (Rusty) Harlow, Jr.
A.E. (Rusty) Harlow, Jr.

## CERTIFICATE OF SERVICE

I, A.E. (Rusty) Harlow, Jr., attorney for the Debtor, do hereby certify that I have this day

mailed a true and correct copy by United States mail, postage prepaid, a copy of the above and

foregoing Response to the following:

Jeff Rawlings
P.O. Box 1 789
Madison, MS 39130

Locke D. Barkley
Chapter 13 Trustee
P.O. Box 55829
Jackson, MS 39296

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

    This the 23rd day of September, 2011.

                                                       /s/ A.E. (Rusty) Harlow, Jr.
                                                       A.E. (Rusty) Harlow, Jr.